UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                          Case No. 13-60536

LYNN JOSEPH SAJDAK, and                                         Chapter 7
CHRISTINE LOUISE SAJDAK,
                                                                Judge Thomas J. Tucker
         Debtors.
_____/

### ORDER DENYING DEBTORS' MOTION TO REOPEN CASE

This case is before the Court on the Debtors' motion entitled "Debtors['] Motion to Reopen Case," filed August 16, 2017 (Docket # 50, the "Motion"). The Motion seeks to reopen the case to add a creditor. The Debtors filed a certificate of non-response on September 18, 2017, indicating that no one has filed an objection to the Motion (Docket # 51).

The Court notes that although this was not a "no-asset" Chapter 7 case, it is the functional equivalent of one, as far as non-priority unsecured creditors are concerned. The creditor the Debtors wish to add is a non-priority unsecured creditor, and in this case, there was no distribution to creditors of that class. Only administrative expenses and part of the Internal Revenue Service's priority claim was paid. (*See* Docket ## 48 and 49.) As a result, it is unnecessary to reopen this case merely to enable the Debtors to amend their schedules to add a creditor who was not listed previously. Because this was the functional equivalent of a no-asset case, such an unscheduled debt is discharged to the same extent it would be discharged if it had been scheduled. *Cf. In re Madaj*, 149 F.3d 467 (6th Cir. 1998).

Because it appears that reopening this case for the purpose stated by the Debtors' Motion would serve no useful purpose, the Motion will be denied. This Order is without prejudice to the Debtors' right to file a timely motion for reconsideration or to refile their motion if they believe that cause exists to reopen this case notwithstanding the Sixth Circuit's decision in *Madaj*, and explain what that cause is. Accordingly,

IT IS ORDERED that the Motion (Docket # 50), is denied.

**Signed on September 20, 2017**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker**
**United States Bankruptcy Judge**